IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

JEFFREY STARK,

    Plaintiff,

v.                                  Case No. 1:17cv50-MW/GRJ

EIGHTH JUDICIAL CIRCUIT
IN AND FOR LEVY COUNTY, FLORIDA,

    Defendant.

_____/

## ORDER ACCEPTING
## REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation, ECF No. 7, and has also reviewed *de novo* Plaintiff's objections to the report and recommendation, ECF No. 11. Accordingly,

IT IS ORDERED:

The report and recommendation is **accepted and adopted**, over Plaintiff's objections, as this Court's opinion. The Clerk shall enter judgment stating, "Plaintiff's amended complaint, ECF No. 4, is **DISMISSED**." The Clerk shall close the file.

**SO ORDERED on April 10, 2017.**

                                        s/Mark E. Walker           
                                        **United States District Judge**